**Charles N. Kendall, Jr., Esq.**
**KENDALL LAW FIRM, P.C.**
**1857 Paseo San Luis**
**Sierra Vista, Arizona 85635**
**Tel: 520-452-9022**
**State Bar No. 15133**
**Attorney for Debtor**

IN THE UNITED STATES COURT BANKRUPTCY

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re | In Proceedings Under Chapter 13 |
| GREGORY ROSS LOCKHART, SR., and TAMMARA K. LOCKHART, | Case no.4:09-bk-14322-JMM |
| Debtors. | OBJECTION TO MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY |
| Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE3, | Re: Real Property located at 377 W. Corral Court, Saint David, AZ 85630 |
| Movant, | |
| vs. | |
| GREGORY ROSS LOCKHART, SR. and TAMMARA K. LOCKHART, Debtors; DIANNE C. KERNS, Trustee. | |
| Respondents. | |

COMES NOW the Debtors, by and through counsel undersigned, and hereby Object to Movant's Motion to Lift the Automatic Bankruptcy Stay as set forth in the attached Memorandum of Points and Authorities which is incorporated herein by this reference.

**DATED** this **27th** day of **November, 2009.**   KENDALL LAW FIRM, P.C.

By: /s/ Charles N. Kendall, Jr.
Charles N. Kendall, Jr.
Attorney for Debtors

| | |
|---|---|
| 1 | MEMORANDUM OF POINTS AND AUTHORITIES |

In response to the Motion to Lift Stay filed in this case, Debtors admit that Movant is the holder or servicer of a Promissory Note dated October 6, 2006, in the principal amount of $260,000.00, which is secured by a Deed of Trust attached to said motion. Debtors also admit that they commenced the current Chapter 13 Bankruptcy proceeding on or about. Debtors are without sufficient information to admit or deny the remaining allegations contained in the Motion to Lift Stay and therefore deny same.

**I.     Relief for Cause - Failure to Make Post-Petition Payments**

Movant alleges Debtors are in Default for their failure to make post-petition payments in this matter. Specifically, Movant refers to the failure to make payments since July, 2009.

Debtor objects Movant's Motion to Lift Stay for the reason that pursuant to this Court's Standing Order of October 1, 2008, Debtors filed a Chapter 13 Plan providing for Conduit Payments to the Chapter 13 Trustee with a total Plan payment, including the Conduit Payments, of $3,903.00 per month. To Debtors' knowledge and belief, they are current on their Chapter 13 payments. Debtors would submit that relief on the Motion to Lift Stay is inappropriate at this time.

CONCLUSION

Wherefore, Debtor requests that the Court decline to enter an order vacating the automatic stay of 11 U.S.C. Section 362(a). Additionally, Debtor requests that the Court decline to award Movant its fees and costs due to the premature filing of this Motion to Lift Stay.

**DATED** this **27th** day of **November, 2009.**     KENDALL LAW FIRM, P.C.

By: /s/ Charles N. Kendall, Jr.
Charles N. Kendall, Jr.
Attorney for Debtor

**KENDALL LAW FIRM, P.C.**
1857 Paseo San Luis
Sierra Vista, Arizona 85635
(520) 452-9022 • FAX (520) 458-4831

| | |
|---|---|
| 1 | Copy of the foregoing mailed or electronically delivered this 27th day of Novebmer, 2009, to: |
| 2 | |
| 3 | |
| 4 | TIFFANY & BOSCO, P.A.<br>2525 East Camelback Road<br>Third Floor<br>Phoenix, AZ 85016<br>Attorneys for Movant |
| 5 | |
| 6 | |
| 7 | Dianne C. Kerns, Esq.<br>7320 N. La Cholla, #154<br>PMB 413<br>Tucson, AZ 85741-2305<br>Chapter 13 Trustee |
| 8 | |

**KENDALL LAW FIRM, P.C.**
1857 Paseo San Luis
Sierra Vista, Arizona 85635
(520) 452-9022 • FAX (520) 458-4831